AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wiles, Michael E. | U. S. Bankruptcy Court, Southern District of New York | 6/7/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. Bankruptcy Judge | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

U. S. Bankruptcy Court
Southern District of New York
One Bowling Green, Room 632
New York, NY 10004

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Retired partner/hourly compensation (1/1/2015 to 2/27/2015) | Debevoise & Plimpton LLP |
| 2. | Member, board of trustees (1/1/2015 to date) | Soundview Preparatory School |
| 3. | Trustee (1/1/2015 to date) | Trust # 1 |
| 4. | Trustee (1/1/2015 to date) | Trust # 2 |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | Undated | Retirement Plan, Debevoise & Plimpton LLP |
| 2. | 1/1/2000 | Cash Balance Plan, Debevoise & Plimpton LLP |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | Attorney hourly compensation for January-February, Debevoise & Plimpton LLP | $27,720.00 |
| 2. 2015 | Pension payments, Debevoise & Plimpton LLP | $550,087.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | Self-employed artist |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute | 10-9-15 | Washington, DC | Panelist at "Views from the Bench" program at Georgetown Law Center | Lodging, meals, transportation |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Debevoise & Plimpton LLP (former law firm) | Judicial Robe | $475.95 |
| 2. | Debevoise & Plimpton LLP (former law firm) and Morgan Lewis & Bockius | Joint Investiture Reception for myself and for James Garrity - see Part VIII | $10,034.00 |
| 3. | Debevoise & Plimpton LLP (former law firm) | Dinner to honor recently retired partners - see Part VIII | $1,402.28 |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wells Fargo Home Mortgage | Mortgage on Rental Property # 1 (Pt VII, line 1) | M |
| 2. | Wells Fargo Home Mortgage | Mortgage on Rental Property # 2 (Pt VII, line 2) | O |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wiles, Michael E. | 6/7/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property # 1, Hawaii County, Hawaii | E | Rent | O | W | | | | | |
| 2. Rental Property # 2, Hawaii County, Hawaii | F | Rent | P1 | W | | | | | |
| 3. Citibank Accounts | A | Interest | M | T | | | | | |
| 4. JPMorgage Chase Account | A | Interest | J | T | | | | | |
| 5. Wells Fargo Account | A | Interest | J | T | | | | | |
| 6. LaPorte Savings Bank Account | A | Interest | K | T | | | | | |
| 7. Equitable Variable Life Insurance - Guar. Interest | A | Interest | J | T | | | | | |
| 8. Metropolitan Life Insurance Co. | A | Dividend | J | T | | | | | |
| 9. Met Life/Fidelity Variable Insurance Products Index 500 Portfolio | D | Int./Div. | L | T | | | | | |
| 10. Alliance Bernstein Global Thematic Growth A | A | Dividend | | | Sold | 06/08/15 | J | A | |
| 11. Western Asset Mtg Bckd Sec A (SGVAX) | | | | | Sold | 10/06/15 | J | A | |
| 12. Westfield Subsidiary REIT 2 Inc. | A | Dividend | J | W | | | | | |
| 13. Talcott Realty III Trust | A | Dividend | J | W | | | | | |
| 14. Met Life Policyholder Trust | A | Dividend | J | T | | | | | |
| 15. Morgan Stanley Account | A | Interest | | | Merged (with line 16) | | | | |
| 16. Brokerage Account #1 (H) | | | | | | | | | |
| 17. - Baron Growth Inst. Shares (BGRIX) | D | Dividend | L | T | Buy | 06/05/15 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wiles, Michael E. | 6/7/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - BBH Core Select Fund (BBTEX) | D | Dividend | L | T | Buy | 01/30/15 | L | | |
| 19. | | | | | Buy (add'l) | 06/05/15 | K | | |
| 20. - BlackRock Global Allocation Fund (MALOX) | D | Dividend | L | T | | | | | |
| 21. - BlackRock Strategic Muni. Opps. Fund (MAMTX) | D | Dividend | N | T | Buy | 01/30/15 | L | | |
| 22. | | | | | Buy (add'l) | 07/07/15 | K | | |
| 23. | | | | | Buy (add'l) | 10/30/15 | M | | |
| 24. - Deutsche Int. Term Tax-Ex Fund (SZMIX) | C | Dividend | N | T | Buy | 07/07/15 | L | | |
| 25. | | | | | Buy (add'l) | 07/20/15 | L | | |
| 26. - Fidelity Low Priced Stock (FLPSX) | C | Dividend | L | T | Buy | 06/05/15 | K | | |
| 27. - Fidelity Municipal Money Market (FTEXX) | A | Interest | O | T | | | | | |
| 28. - Fidelity Spartan Total Market Index (FSTVX) | B | Dividend | L | T | Buy | 06/05/15 | L | | |
| 29. - Ivy Asset Strategy Fund (IVAEX) | | | | | Sold | 01/30/15 | M | A | |
| 30. - Royce Total Return Fund (RYTRX) | A | Dividend | | | Buy | 06/05/15 | K | | |
| 31. | | | | | Sold | 11/16/15 | K | A | |
| 32. - Spartan 500 Index Fund (FUSVX) | B | Dividend | L | T | | | | | |
| 33. - SPDR S&P Midcap 400 Fund (MDY) | B | Dividend | L | T | | | | | |
| 34. - Tweedy Browne Global Value Fund (TBGVX) | B | Dividend | K | T | Buy | 06/05/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wiles, Michael E. | 6/7/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Vanguard Int. Term Tax-Ex Fund (VWIUX) (X) | A | Int./Div. | K | T | Buy | 07/07/15 | K | | |
| 36. - Vanguard Limited Term T/E Fund (VMLUX) | A | Dividend | J | T | | | | | |
| 37. Brokerage Account #2 (H) | | | | | | | | | |
| 38. - Alabama St Pub Sch & College Auth ( ) | A | Interest | | | Redeemed | 05/01/15 | J | A | |
| 39. - Baldwin Cnty Ala WTS ( ) | A | Interest | K | T | | | | | |
| 40. - Boston Mass Wtr & Swr Comm Rev ( | A | Interest | K | T | | | | | |
| 41. - Denton County TX ( ) | A | Interest | K | T | | | | | |
| 42. - Denver Colo City & Cnty Sch ) | A | Interest | K | T | | | | | |
| 43. - Florida St. Brd Ed Pub Ed ( ) | A | Interest | K | T | | | | | |
| 44. - Jea Fl St. Johns River Pwr Park ( | A | Interest | K | T | | | | | |
| 45. - Kentucky A/L Commn Agv ( ) (X) | A | Interest | K | T | Buy | 12/02/15 | K | | |
| 46. - King Cnty WA Sch Dist #411 Issaquah ( ) | A | Interest | K | T | | | | | |
| 47. - Morgan Stanley US Govt Money Market (DWGXX) | A | Interest | J | T | | | | | |
| 48. - New York NY City Trans Auth Rev ) | A | Interest | K | T | | | | | |
| 49. - New York St. Urban Dev Corp Rev ( | A | Interest | K | T | | | | | |
| 50. - North Kansas City Mo Sch Dist ( ) | A | Interest | J | T | | | | | |
| 51. - Ohio St. Univ ( ) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wiles, Michael E. | 6/7/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Ohio St. Wtr Dev Auth ( ) | A | Interest | | | Redeemed | 12/01/15 | J | A | |
| 53. - Pearland TX ( ) | A | Interest | J | T | Buy | 04/02/15 | J | | |
| 54. - Purdue Univ Ind Univ Revs (7 ) | A | Interest | K | T | | | | | |
| 55. - Seattle WA Solid Waste Rev ( ) | A | Interest | K | T | | | | | |
| 56. - University Houston Tex Univ Rev ( ) | A | Interest | K | T | | | | | |
| 57. - University Wash Univ Revs ( ) | A | Interest | J | T | | | | | |
| 58. - Valwood TX Imp Auth ( ) | A | Interest | J | T | Buy | 05/06/15 | J | | |
| 59. Retirement Account #1 (H) | | | | | | | | | |
| 60. - Baron Growth Fund Inst. Shares (BGRIX) (X) | D | Dividend | M | T | Buy | 07/20/15 | M | | |
| 61. - BBH Core Select Fund (BBTEX) (X) | D | Dividend | M | T | Buy | 07/20/15 | M | | |
| 62. - BlackRock Global Allocation Fund (MALOX)(X) | D | Dividend | L | T | Buy | 07/20/15 | L | | |
| 63. - Fidelity Contrafund (FCNTX) | E | Dividend | M | T | Buy | 07/07/15 | L | | |
| 64. | | | | | Buy (add'l) | 07/20/15 | M | | |
| 65. - Fidelity Government Cash Reserves (FDRXX) (X) | A | Interest | L | T | | | | | |
| 66. - Fidelity Low Priced Stock (FLPSX) (X) | D | Dividend | M | T | Buy | 07/20/15 | M | | |
| 67. | | | | | Buy (add'l) | 10/06/15 | J | | |
| 68. - Fidelity Spartan 500 Index Fund (FUSVX) (X) | D | Dividend | O | T | Buy | 07/07/15 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wiles, Michael E. | 6/7/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 07/20/15 | N | | |
| 70. | | | | | Buy (add'l) | 10/06/15 | J | | |
| 71. - Fidelity Spartan Total Market (FSTVX) (X) | D | Dividend | N | T | Buy | 07/07/15 | M | | |
| 72. | | | | | Buy (add'l) | 07/20/15 | M | | |
| 73. | | | | | Buy (add'l) | 10/06/15 | J | | |
| 74. - iShares Core S&P Small-Cap ETF (UR) (X) | A | Dividend | M | T | Buy | 11/17/15 | M | | |
| 75. - Royce Total Return Fund (RYTRX) (X) | A | Dividend | | | Buy | 07/20/15 | L | | |
| 76. | | | | | Sold | 11/16/15 | L | A | |
| 77. - SPDR S&P MidCap 400 ETF (MDY) (X) | B | Dividend | M | T | Buy | 07/07/15 | M | | |
| 78. | | | | | Buy (add'l) | 10/06/15 | J | | |
| 79. - Tweedy Browne Global Value Fund (TBGVX) | D | Dividend | M | T | Buy | 07/20/15 | L | | |
| 80. | | | | | Buy (add'l) | 10/06/15 | L | | |
| 81. Retirement Account #2 (H) | | | | | | | | | |
| 82. - Fidelity Contrafund (FCNTX) | A | Dividend | J | T | | | | | |
| 83. - Fidelity Govt Cash Reserves (FDRXX) | A | Interest | J | T | | | | | |
| 84. Retirement Account #3 (H) | | | | | | | | | |
| 85. - Baron Growth Fund Inst. Shares (BGRIX) | A | Dividend | J | T | Buy | 10/06/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wiles, Michael E. | 6/7/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Fidelity Govt. Cash Reserves (FDRXX) | A | Interest | J | T | | | | | |
| 87. - Ivy Asset Strategy Fund (IVAEX) | B | Dividend | | | Sold | 01/30/15 | J | B | |
| 88. - Spartan 500 Index Fund (FUSVX) | A | Dividend | J | T | | | | | |
| 89. Retirement Account #4 (H) | | | | | | | | | |
| 90. - Baron Growth Fund (BGRFX) | C | Dividend | J | T | | | | | |
| 91. - BlackRock Global Allocation Fund (MDLOX) | D | Dividend | J | T | | | | | |
| 92. - Fidelity Contrafund (FCNTX) | D | Dividend | J | T | | | | | |
| 93. - Fidelity Spartan Total Market Index (FSTVX) | C | Dividend | J | T | | | | | |
| 94. - Royce Total Return Fund (RYTRX) | D | Dividend | J | T | | | | | |
| 95. - Tweedy Browne Global Value Fund (TBGVX) | A | Dividend | J | T | | | | | |
| 96. - Vanguard Institutional Index Fund (VINIX) | D | Dividend | N | T | | | | | |
| 97. - Vanguard Limited Term T/E Fund (VMLTX) | A | Dividend | J | T | | | | | |
| 98. - Vanguard Mid-Cap Index Fund (VIMSX) | C | Dividend | J | T | | | | | |
| 99. - Vanguard Prime Money Market Fund (VMMXX) | A | Interest | P1 | T | | | | | |
| 100. | | | | | | | | | |
| 101. | | | | | | | | | |
| 102. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wiles, Michael E. | 6/7/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | | | | | |
| 104. | | | | | | | | | |
| 105. | | | | | | | | | |
| 106. | | | | | | | | | |
| 107. | | | | | | | | | |
| 108. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wiles, Michael E. | 6/7/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I - Trusts 1 and 2: I am the trustee for two grantor trusts set up by a friend for his children. As grantor trusts, all investment decisions are made by the grantor (my friend) and not by me as trustee. We are in the process of appointing a new trustee and terminating my trust relationship. Assets of those trusts are not listed in Part VII because I have never received and will not receive any income from these trusts and because I never have had, or will have, any beneficial interest in the principal or income of the trusts. I understand based on the instructions that as a result a listing of the assets of the trusts are not reportable.

Parts II and III-A: Income from Debevoise & Plimpton LLP: I retired as an active partner of Debevoise & Plimpton LLP effective December 31, 2014 but continued work on some client matters on an hourly basis in January and February 2015. I resigned from all client work at the end of February 2015, prior to the time I took office as a Bankruptcy Judge. I continue to receive pension payments from Debevoise & Plimpton LLP pursuant to the firm's retirement program, and I have a continuing interest in the firm's Cash Balance Plan. I plan to recuse myself from matters in which Debevoise & Plimpton LLP is counsel.

Part V, Gifts: the costs of a reception following the investiture ceremony for myself and Judge James Garrity were paid by our former law firms. The share paid by Debevoise & Plimpton LLP (my former law firm) was $10,034.

Part V, Gifts: Debevoise & Plimpton LLP holds dinners to honor recently retired partners. I was honored at such a dinner in November 2015. I do not believe this qualifies as a gift for reporting purposes but I am reporting it here in an abundance of caution. I have been informed by Debevoise & Plimpton LLP that the per-person cost of the event was approximately $350.57. The reported amount here ($1,402.28) represents attendance by four people: myself, my wife, our son and my father-in law.

Part VII, Trusts: see the first item above with respect to the assets of Trusts 1 and 2.

Part VII, Rental Properties (items 1 and 2): income reported is gross rental income before deductions for operating expenses, local taxes, management commissions, condominium and homeowner association fees, and other costs.

Part VII, Equitable Variable Life Insurance (item 7): this reflects investment returns in two variable life insurance policies. The investment option is the guaranteed interest option. The value at the end of the reporting period reflects cash value, not the potential insurance coverage.

Part VII, Met Life/Fidelity Variable Insurance Products Index 500 Portfolio (item 9): this represents investments that fund premiums in a variable life insurance policy at Met Life. The income listed is based on reported returns during the relevant period. The value at the close of the reporting period is the cash value of the investment rather than the potential insurance coverage.

Part VII: items 16-99 are based on information provided by my financial advisor.

| Name of Person Reporting | Date of Report |
|---|---|
| Wiles, Michael E. | 6/7/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Michael E. Wiles**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544